■ The People of the State of New York, Respondent, v Scott C. Eves, Appellant. [825 NYS2d 397]—Appeal from a judgment of the Town of Champion Court (Kim Martusewicz, A.J.), rendered August 24, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of stolen property in the fifth degree.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (*see People v Brady*, 263 AD2d 969 [1999]; *see also* CPL 450.60 [3]). Present—Hurlbutt, J.P., Gorski, Centra and Green, JJ.